IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re CHILDS,      No. C 14-0109 WHA (PR)

           Plaintiff.     **ORDER OF DISMISSAL**

_____/

This case was opened on January 8, 2014, when plaintiff, a California prisoner, filed a letter to the Honorable Thelton E. Henderson complaining about his medical care at a prison in San Diego County. That day, the clerk notified plaintiff that he had not filed a complaint, paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). The clerk mailed the plaintiff complaint and IFP forms with instructions and a stamped return envelope, and plaintiff was informed that if he did not file a complaint and pay the filing fee or file an IFP form then the case would be dismissed. No response from plaintiff has been received. Accordingly, this case is **DISMISSED** without prejudice and no fee is due.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March   1  , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE